Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
KIRIT PATEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>KIRIT PATEL,<br><br>            Defendant and<br>            Judgment Debtor.<br>_____<br>NEW YORK LIFE INSURANCE COMPANY,<br><br>            Garnishee. | Case No:  2:16-MC-00012 JAM KJN<br><br>**STIPULATION AND ORDER STAYING GARNISHMENT PROCEEDINGS**<br><br>Criminal Case No: 2:12-CR-00306-JAM |

### I.     BACKGROUND

This civil action for Writ of Garnishment arises from an order of restitution issued in Case No. 2:12-cr-00306-JAM.  An Indictment returned on August 23, 2012, charged defendant Kirit Patel with mail and wire fraud pursuant to 18 U.S.C. §§1341 and 1343.

///

1
STIPULATION AND ORDER STAYING GARNISHMENT PROCEEDINGS

Prior to the Indictment, on April 3, 2012, the Federal Trade Commission filed a civil complaint against Mr. Patel in Case No. 2:12-cv-00855-JAM-DAD. A stipulated judgment, reflecting the settlement agreement reached between Mr. Patel and the FTC, was issued on September 10, 2015. As part of the judgment, Mr. Patel was ordered to pay the FTC $72,002.00 from his personal bank accounts, and to release an additional $503,089.00 from accounts held in BGM's name. Mr. Patel promptly made the payments.

A plea agreement in Case No. 2:12-cr-00306-JAM was filed on October 14, 2014, and Mr. Patel pled guilty to two counts each of mail and wire fraud. The Agreement directs that "[a]ny restitution paid by this defendant pursuant to the civil lawsuit *Federal Trade Commission v. Broadway Global Master, et al*, 2:12-cv-00855-JAM-DAD will be credited against restitution owed by this defendant under this agreement." A restitution hearing was held on October 27, 2015. The Court issued a restitution Order on November 9, 2015, in the amount of $106,443.45. The Order states that the restitution amount is to be "credited, as permitted under 18 U.S.C. §3664(j)(2)(A), to reflect any restitution that the same victim receives in the future on account of the settlement of civil case 2:12-cv-855-JAM."

On January 26, 2016, the U.S. Attorney filed Case No. 2:16-mc-00012-JAM-KJN, seeking a writ of garnishment to satisfy the restitution obligation.

It is the parties' understanding that the FTC has nearly completed the task of processing the settlement payments and final tally regarding those payments is expected to be available once that process concludes.

## II.  **STIPULATION**

In light of the circumstances set forth herein above, the defendant, KIRIT PATEL, through his counsel of record, Emily E. Doringer and plaintiff United States of America, through its counsel, Assistant United States Attorney Kurt A. Didier, agree and stipulate that the action for Writ of Garnishment, Case No. 2:16-mc-00012-JAM-KJN, shall be stayed for a period of 30 days. The purpose of the

2
STIPULATION AND ORDER STAYING GARNISHMENT PROCEEDINGS

stay is to allow the parties additional time necessary to communicate with the Federal Trade Commission concerning the final allocation of settlement payments in Case No. 2:12-cv-00855-JAM-DAD and to determine how those payments affect the remaining restitution balance owed in Case No. 2:12-cr-00306-JAM, and subject to garnishment in Case No. 2:16-mc-00012-JAM-KJN.

**IT IS SO STIPULATED.**

Dated: February 26, 2016      **SEGAL & ASSOCIATES, PC**

By:   /s/ Emily E. Doringer
EMILY E. DORINGER
Attorneys for Defendant
KIRIT PATEL

Dated: February 26. 2016      **BENJAMIN B. WAGNER**
United States Attorney

By:   /s/ Kurt A. Didier   (by permission)
KURT A. DIDIER
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, Case No. 2:16-mc-00012-JAM-KJN shall be stayed for a period of 30 days following the date of this Order.

**IT IS SO ORDERED.**

Dated:  February 29, 2016

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

4
STIPULATION AND ORDER STAYING GARNISHMENT PROCEEDINGS