Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
KIRIT PATEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIRIT PATEL,<br><br>Defendant and Judgment Debtor.<br>_____<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>Garnishee. | Case No:  2:16-MC-00012 JAM KJN<br><br>**STIPULATION AND ORDER CONTINUING STAY OF GARNISHMENT PROCEEDINGS**<br><br>Criminal Case No: 2:12-CR-00306-JAM |

### I.   BACKGROUND

This civil action for Writ of Garnishment arises from an order of restitution issued in Case No. 2:12-cr-00306-JAM.  An Indictment returned on August 23, 2012, charged defendant Kirit Patel with mail and wire fraud pursuant to 18 U.S.C. §§1341 and 1343.

///

1
STIPULATION AND ORDER CONTINUING STAY OF GARNISHMENT PROCEEDINGS

Prior to the Indictment, on April 3, 2012, the Federal Trade Commission filed a civil complaint against Mr. Patel in Case No. 2:12-cv-00855-JAM-DAD. A stipulated judgment, reflecting the settlement agreement reached between Mr. Patel and the FTC, was issued on September 10, 2015. As part of the judgment, Mr. Patel was ordered to pay the FTC $72,002.00 from his personal bank accounts, and to release an additional $503,089.00 from accounts held in BGM's name. Mr. Patel promptly made the payments.

A plea agreement in Case No. 2:12-cr-00306-JAM was filed on October 14, 2014, and Mr. Patel pled guilty to two counts each of mail and wire fraud. The Agreement directs that "[a]ny restitution paid by this defendant pursuant to the civil lawsuit *Federal Trade Commission v. Broadway Global Master, et al*, 2:12-cv-00855-JAM-DAD will be credited against restitution owed by this defendant under this agreement." A restitution hearing was held on October 27, 2015. The Court issued a restitution Order on November 9, 2015, in the amount of $106,443.45. The Order states that the restitution amount is to be "credited, as permitted under 18 U.S.C. §3664(j)(2)(A), to reflect any restitution that the same victim receives in the future on account of the settlement of civil case 2:12-cv-855-JAM."

On January 26, 2016, the U.S. Attorney filed Case No. 2:16-mc-00012-JAM-KJN, seeking a writ of garnishment to satisfy the restitution obligation.

It is the parties' understanding that the FTC has nearly completed the task of processing the settlement payments and the final tally regarding those payments will be available once that process concludes.

## II. **STIPULATION**

On February 26, 2016, the parties stipulated to a 30-day stay of the garnishment proceedings to allow additional time necessary to communicate with the Federal Trade Commission concerning its final allocation of settlement payments in Case No. 2:12-cv-00855-JAM-DAD and to determine how those payments affect the remaining restitution balance owed in Case No. 2:12-cr-

00306-JAM, and subject to garnishment in Case No. 2:16-mc-00012-JAM-KJN.

Based on information received from the FTC, the parties expect the final accounting of the allocation of the civil settlement funds in the next 2-3 weeks. In light of these circumstances, the defendant, KIRIT PATEL, through his counsel of record, Emily E. Doringer, and plaintiff United States of America, through its counsel, Assistant United States Attorney Kurt A. Didier, agree and stipulate that the action for Writ of Garnishment, Case No. 2:16-mc-00012-JAM-KJN, shall be stayed for an additional 30 day period, to April 26, 2016. The purpose of the stay is to allow the parties additional time necessary to determine the amount of restitution remaining due in Case No. 2:12-cr-00306-JAM.

**IT IS SO STIPULATED.**

Dated: March 21, 2016         **SEGAL & ASSOCIATES, PC**

                              By:   /s/ Emily E. Doringer
                                    EMILY E. DORINGER
                                    Attorneys for Defendant
                                    KIRIT PATEL

Dated: March 21, 2016         **BENJAMIN B. WAGNER**
                              United States Attorney

                              By:   /s/ Kurt A. Didier    (by permission)
                                    KURT A. DIDIER
                                    Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, the stay previously ordered in Case No. 2:16-mc-00012-JAM-KJN shall be extended an additional 30 days, to April 26, 2016.

**IT IS SO ORDERED.**

Dated:  March 23, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE