IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRIT PATEL,<br><br>    Defendant and Judgment Debtor.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>    Garnishee. | Case No.: 2:16-MC-00012-JAM-KJN<br><br>**FINAL ORDER OF GARNISHMENT**<br><br>CRIMINAL CASE. NO.: 2:12-CR-00306-JAM<br><br>No Hearing Requested |

    Pending before the Court is the Plaintiff and Defendant's stipulation regarding the United States' writ of garnishment against Defendant's whole life insurance policies at garnishee New York Life Insurance Company (the Stipulation). According to the Stipulation, the Parties agree to the:

    1.    Garnishment of Defendant's whole life policies at New York Life Insurance Company (New York Life) in the sum of $77,000;

    2.    Defendant's restitution payment of $511.65 to the Clerk of Court via separate check; and

    3.    Crediting of $31,431.80 towards Defendant's restitution order in the criminal case referenced above from payments disbursed to victims in the civil case denominated *Federal Trade*

Order of Garnishment

1

*Commission v. Kirit Patel, et al.*, Case No. 2:12-cv-0855-JAM.

The Court, having reviewed the court files and the Parties' Stipulation, and good cause appearing therefrom, herby APPROVES the Stipulation. Accordingly, IT IS ORDERED, ADJUDGED and DECREED that:

1. The United States' application for a final order of garnishment in the amount of $77,511.65 is GRANTED.

2. New York Life shall DELIVER, within twenty (20) days of the date of this Order, a cashier's check or money order to the payees identified below in the total sum of $77,000 drawn from defendant Kirit Patel's whole life policies as follows:

    A. $22,500 from the policy ending in numbers x-7762 and made payable to the Clerk of Court (the Clerk);

    B. $2,500 from the policy ending in numbers x-7762 and made payable to the United States Department of Justice (USDOJ);

    C. $32,000 from the policy ending in numbers x-4083 and made payable to the Clerk; and

    D. $20,000 from the policy ending in numbers x-7769 and made payable to the Clerk.

3. Defendant shall DELIVER to the Clerk's office, within five (5) days of the date of this Order, a cashier's check or money order in the amount of $511.65 made payable to the Clerk.

4. All sums payable to the "Clerk of Court" shall be mailed or delivered to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. New York Life and Defendant shall also state the docket number (Case No.: 2:12-cr-00306-JAM) on their payment instrument and, if they desire a payment receipt, shall include a self-addressed, stamped envelope with their payment.

5. New York Life shall deliver the $2,500 check payable to the USDOJ to the United States Attorney's Office, Eastern District of California, Attn: FLU, 501 I Street, Suite 10-100, Sacramento, California 95814. New York Life shall also state the docket number (Case No.: 2:12-cr-00306-JAM) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped

envelope with its payment.

6. Upon its payment of the $77,000 to the payees listed above, New York Life shall RELEASE its hold on Defendant's policies ending in numbers x-7762, 4083, 7668, and 7769.

7. The Clerk of Court shall CREDIT defendant Kirit Patel's restitution order in this case in the amount of $31,431.80 and as set forth in Appendix A of the Parties' Stipulation.

8. This is a final order of garnishment; upon payment, processing and crediting of the amounts as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B) and the Clerk shall close this case.

IT IS SO ORDERED.

Dated:  May 2, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order of Garnishment